J. Russell Stedman (117130),
rstedman@bargerwolen.com
Peter J. Felsenfeld (260433),
pfelsenfeld@bargerwolen.com
BARGER & WOLEN LLP
275 Battery Street, Suite 480
San Francisco, California 94111-3309
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
UNITED OF OMAHA LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA INSALACO,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, SWH CORPORATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>  Defendants. | CASE NO.: 3:14-CV-02586-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT SWH MIMI'S CAFÉ, LLC (NAMED IN COMPLAINT AS SWH CORPORATION EMPLOYEE WELFARE BENEFIT PLAN); [PROPOSED] ORDER**<br><br>Complaint Filed:   June 24, 2014 |

The parties to this action, through their respective counsel, stipulate and agree as follows:

1.   WHEREAS Plaintiff Rhonda Insalaco ("Insalaco") has filed this action alleging the improper denial of long-term disability insurance benefits under an employee benefit plan;

2.   WHEREAS the Employee Retirement Income Security Act of 1974 ("ERISA"), and specifically, 29 U.S.C. § 1332(b)(1), provides that an employee benefit plan is an entity that may sue or be sued in an action brought pursuant to ERISA;

3.   WHEREAS 29 U.S.C. § 1332(d)(2) also provides that any money judgment against an employee benefit plan shall be enforced only against the Plan as an entity;

4.   WHEREAS defendant SWH Mimi's Café, LLC (fka SWH Corporation dba Mimi's Café), incorrectly named in the Complaint as SWH Corporation Employee Welfare Benefit Plan

STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT MIMI'S CAFÉ, LLC; [PROPOSED] ORDER
CASE NO.: 3:14-CV-02586-EMC

("SWH"), the company that employed Insalaco, established and maintained an employee benefit plan (the "Plan");

5. WHEREAS Insalaco is or was a participant in the Plan;

6. WHEREAS the Plan is fully insured by defendant United of Omaha Life Insurance Company ("United of Omaha") under Group Policy GLTD-50J2 with respect to long-term disability benefits and United of Omaha has administered Insalaco's claim for long-term disability benefits;

7. WHEREAS Insalaco has made no allegations regarding any erroneous or wrongful acts of SWH, other than acts made on its behalf by Mutual of Omaha in respect to her claim;

8. WHEREAS the parties hereto have agreed that if, at the conclusion of this lawsuit, it is determined that Insalaco is entitled to long-term disability benefits under the Plan, any benefit to which Insalaco is entitled will be paid by United of Omaha under the United of Omaha policy (subject to its terms and conditions), and any such benefits will not be paid by SWH.

9. WHEREAS, because the Plan is fully insured by United of Omaha's policy and United of Omaha made the claim decision at issue, SWH is a nominal party and should not be required to actively participate in this suit.

IT IS THEREFORE AGREED AND STIPULATED by the parties (through their respective counsel of record) that SWH be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 27, 2014                    BARGER & WOLEN LLP


                                          By: /s/ J. Russell Stedman
                                              J. RUSSELL STEDMAN
                                              PETER J. FELSENFELD
                                              Attorneys for Defendant
                                              UNITED OF OMAHA LIFE
                                              INSURANCE COMPANY

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 450
SAN FRANCISCO, CA 94111
(415) 434-2800

-2-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT MIMI'S CAFÉ, LLC; [PROPOSED] ORDER
CASE NO.: 3:14-CV-02586-EMC

| | |
|---|---|
| Dated: August 27, 2014 | THE GREY LAW FIRM, P.C. |
| | By: /s/ Rebecca Grey |
| | REBECCA GREY |
| | LAUREN CURTIES |
| | Attorneys for Plaintiff |
| | Rhonda Insalaco |
| Dated: August 27, 2014 | FOX ROTHSCHILD LLP |
| | By: /s/ Keith Chrestionson |
| | KEITH CHRESTIONSON |
| | CHRISTINA S. CHEN |
| | Attorneys for Defendant |
| | SWH MIMI'S CAFÉ, LLC (FKA SWH CORPORATION DBA MIMI'S CAFÉ) |

-3-

STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT MIMI'S CAFÉ, LLC; [PROPOSED] ORDER
CASE NO.: 3:14-CV-02586-EMC

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA 94111
(415) 434-2800

## ORDER

Based upon the foregoing Stipulation, and good causes appearing therefore, Defendant SWH Mimi's Café, LLC (fka SWH Corporation dba Mimi's Café), incorrectly named herein as SWH Corporation Employee Welfare Benefit Plan, shall be and hereby is dismissed from this case without prejudice.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____August 29__, 2014            _____
                                          UNITED STATES DISTRICT COURT JUDGE
                                          EDWARD M. CHEN

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 450
SAN FRANCISCO, CA 94111
(415) 434-2800

-4-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT MIMI'S CAFÉ, LLC; [PROPOSED] ORDER
CASE NO.: 3:14-CV-02586-EMC