J. Russell Stedman (117130),
rstedman@bargerwolen.com
Peter J. Felsenfeld (260433),
pfelsenfeld@bargerwolen.com
BARGER & WOLEN LLP
275 Battery Street, Suite 480
San Francisco, California 94111-3309
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
UNITED OF OMAHA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA INSALACO, | CASE NO.: 3:14-CV-02586-EMC |
| Plaintiff, | Hon. Edward M. Chen |
| vs. | **STIPULATION FOR MODIFICATION OF COURT'S SEPTEMBER 18, 2014 SCHEDULING ORDER; [PROPOSED] ORDER** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, SWH CORPORATION EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | Complaint Filed: June 24, 2014 |

The parties to this action, through their respective counsel, stipulate as follows:

1. WHEREAS the Court held a Case Management Conference on September 18, 2014 and has ordered a further Case Management Conference for November 4, 2014;

2. WHEREAS the Court also set a briefing schedule and ordered a hearing on Defendant United of Omaha Life Insurance Company's ("United") motion for summary judgment based on the contractual limitations period for November 4, 2014;

3. WHEREAS United has decided not to file this motion for summary judgment;

4. WHEREAS the briefing schedule for the motion for summary judgment set by the Court is no longer necessary;

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA 94111
(415) 434-2800

STIPULATION OF PARTIES FOR MODIFICATION OF SCHEDULING ORDER; [PROPOSED] ORDER
CASE NO.: 3:14-CV-02586-EMC

1    5.   WHEREAS the parties want to keep the November 4, 2014 Case Management
2 Conference on calendar rather than advance it to meet and confer and try to reach a stipulation on
3 the applicable standard of review.

4                                    STIPULATION

5    IT IS THEREFORE AGREED AND STIPULATED by the parties, through their respective
6 counsel of record, to request that the Court modify its September 18, 2014 Scheduling Order to
7 eliminate the briefing schedule and hearing on United's motion for summary judgment based on the
8 contractual limitations period and maintain the November 4, 2014 Case Management Conference on
9 calendar.

11  Dated:  September 26, 2014                BARGER & WOLEN LLP

13                                            By:  /s/ J. Russell Stedman
                                                   J. RUSSELL STEDMAN
14                                                 PETER J. FELSENFELD
                                                   Attorneys for Defendant
15                                                 UNITED OF OMAHA LIFE
                                                   INSURANCE COMPANY

18  Dated:  September 26, 2014                THE GREY LAW FIRM, P.C.

20                                            By:  /s/ Rebecca Grey
                                                   REBECCA GREY
21                                                 LAUREN CURTIES
                                                   Attorneys for Plaintiff
                                                   Rhonda Insalaco

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA  94111
(415) 434-2800

-2-
STIPULATION OF PARTIES FOR MODIFICATION OF SCHEDULING ORDER; [PROPOSED] ORDER
CASE NO.: 3:14-CV-02586-EMC

**ORDER**

Based upon the foregoing Stipulation, and good cause appearing therefore, the September 18, 2014 Scheduling Order is hereby modified to eliminate the briefing schedule and November 4, 2014 hearing on United of Omaha's proposed motion for summary judgment based on the contractual limitations period.  The further Case Management Conference scheduled for November 4, 2014 will remain on calendar as previously ordered.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: ____9/29____, 2014           _____
                                    UNITED STATES DISTRICT COURT JUDGE
                                    EDWARD M. CHEN



-3-
STIPULATION OF PARTIES FOR MODIFICATION OF SCHEDULING ORDER; [PROPOSED] ORDER
CASE NO.:  3:14-CV-02586-EMC

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA  94111
(415) 434-2800