1 | J. Russell Stedman (117130),
rstedman@mail.hinshawlaw.com
2 | Peter J. Felsenfeld (260433),
pfelsenfeld@mail.hinshawlaw.com
3 | HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
4 | San Francisco, CA 94111-5419
Telephone: (415) 362-6000
5 | Facsimile: (415) 834-7090

6 | Attorneys for Defendant
UNITED OF OMAHA LIFE
7 | INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RHONDA INSALACO, | CASE NO.: 3:14-cv-02586-EMC |
| Plaintiff, | **STIPULATION TO STANDARD OF REVIEW** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, SWH CORPORATION EMPLOYEE WELFARE BENEFIT PLAN, | Complaint Filed: June 4, 2014 |
| Defendants. | |

The parties to this action, through their respective counsel, stipulate and agree that the standard of review applicable to this ERISA benefits action is abuse of discretion.

Dated: October 23, 2014         HINSHAW & CULBERTSON LLP


                                By: /s/ J. Russell Stedman
                                    J. RUSSELL STEDMAN
                                    PETER J. FELSENFELD
                                    Attorneys for Defendant
                                    UNITED OF OMAHA LIFE
                                    INSURANCE COMPANY

Dated: October 23, 2014                    THE GREY LAW FIRM, P.C.


                                           By: /s/ Rebecca Grey
                                              REBECCA GREY
                                              LAUREN CURTIES
                                              Attorneys for Plaintiff
                                              Rhonda Insalaco


IT IS SO ORDERED.  Further CMC set for 11/4/14 at 2:30 p.m.  An updated joint CMC Statement shall be filed by 10/28/14.

_____
Edward M. Chen
U.S. District Judge



-2-
STIPULATION TO STANDARD OF REVIEW
CASE NO. 3:14-cv-02586-EMC