Rebecca Grey (State Bar No. 194940)
Email: grey@greylaw-sf.com
Lauren Curtis (State Bar No. 293105)
Email: lauren@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California 94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981


Attorneys for Plaintiff,
RHONDA INSALACO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| RHONDA INSALACO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, SWH CORPORATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>    Defendants. | Case No.  3:14-cv-02586-EMC<br><br>**STIPULATION [AND ORDER] TO MODIFY COURT'S NOVEMBER 4, 2014 SCHEDULING ORDER**<br><br>Complaint Filed:  June 24, 2014<br>Judge:  Hon. Edward M. Chen |

The parties to this action, through their respective counsel, stipulate as follows:

1. WHEREAS the Court held a Case Management Conference on November 4, 2014;

2. WHEREAS the Court also set a briefing schedule and noted that private mediation is scheduled for February 2015;

3. WHEREAS due to scheduling conflicts, the parties have agreed to a March 11, 2014 date for mediation;

1    IT IS THEREFORE AGREED AND STIPULATED by the parties, through their respective counsel of
2  record, that the parties have scheduled private mediation for March 11, ~~2014~~ 2015.  All other dates on the Scheduling
3  Order shall remain.

Dated: November 11, 2014                THE GREY LAW FIRM, PC

                                        By: /s/ Rebecca Grey
                                            Rebecca Grey
                                            Lauren Curtis
                                            Attorneys for Plaintiff
                                            RHONDA INSALACO


Dated: November 11, 2014                HINSHAW & CULBERTSON LLP

                                        By: /s/ J. Russell Stedman
                                            J. Russell Stedman
                                            Peter J. Felsenfeld
                                            Attorneys for Defendant
                                            UNITED OF OMAHA LIFE
                                            INSURANCE COMPANY


    IT IS SO ORDERED as modified above.
    _____
    Edward M. Chen
    U.S. District Judge



STIPULATION [AND ORDER] TO MODIFY COURT'S           Case No. 3:14-cv-02586-EMC
NOVEMBER 4, 2014 SCHEDULING ORDER