Rebecca Grey (State Bar No. 194940)
Email: grey@greylaw-sf.com
Lauren Curtis (State Bar No. 293105)
Email: lauren@greylaw-sf.com
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California 94104
Telephone:    (415) 262-9926
Facsimile:    (415) 262-9981

Attorneys for Plaintiff,
RHONDA INSALACO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| RHONDA INSALACO, an individual, ) | Case No.  3:14-CV-02586-HSG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| v. ) | **DEADLINE FOR COMPLETION OF** |
| ) | **MEDIATION AND MARCH 25, 2015** |
| UNITED OF OMAHA LIFE INSURANCE ) | **CASE MANAGEMENT** |
| COMPANY, SWH CORPORATION ) | **CONFERENCE;** ~~PROPOSED~~ **ORDER** |
| EMPLOYEE WELFARE BENEFIT PLAN, ) | |
| ) | |
| Defendants. ) | Complaint Filed:  June 4, 2014 |
| ) | Judge:  Hon. Haywood S. Gilliam, Jr. |
| _____ ) | |

    The parties to this action, through their respective counsel, stipulate as follows:

    1.    WHEREAS the parties filed a joint case management statement on October 28, 2014 and were ordered to complete private mediation by March 20, 2015;

    2.    WHEREAS the parties agreed to a March 11, 2015 date for private mediation and filed a joint case management statement on March 2, 2015 scheduling completion of mediation for March 11, 2015;

    3.    WHEREAS due to an injury sustained by the Plaintiff, the parties have agreed to continue the mediation to March 26, 2015;

-1-

STIPULATION TO CONTINUE DEADLINE FOR                    Case No. 3:14-CV-02586-HSG
COMPLETION OF MEDIATION

4. WHEREAS the Court has scheduled a case management conference for March 25, 2015, and the parties agree to briefly continue the conference to permit mediation which, if successful would eliminate the need for one;

IT IS THEREFORE AGREED AND STIPULATED by the parties, through their respective counsel of record, that the parties complete private mediation by March 26, 2015 and that the Court continue the March 25 CMC to April 1, 2015 or to a date acceptable to the Court. In the event mediation is successful, the parties agree to promptly file a notice of settlement and request to vacate the Case Management Conference.

Dated: March 5, 2015   THE GREY LAW FIRM, PC

By: /s/ Rebecca Grey
Rebecca Grey
Lauren Curtis
Attorneys for Plaintiff
RHONDA INSALACO

Dated: March 5, 2015   HINSHAW & CULBERTSON LLP

By: /s/ J. Russell Stedman
J. Russell Stedman
Peter J. Felsenfeld
Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

IT IS SO ORDERED.

Dated: 3/6/2015

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE